UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
In re:

1409 PROSPECT AVENUE HOUSING
DEVELOPMENT FUND CORPORATION

       Debtor.

Chapter 11

Case No. 11-12355

-------------------------------------------------------x
In re:

1175 GERARD AVENUE HOUSING
DEVELOPMENT FUND CORPORATION

       Debtor.

Chapter 11

Case No. 11-12356

-------------------------------------------------------x
In re:

INWOOD HEIGHTS HOUSING
DEVELOPMENT FUND CORPORATION

       Debtor.

Chapter 11

Case No. 11-13322

-------------------------------------------------------x
In re:

390 EAST 8TH STREET HOUSING
DEVELOPMENT FUND CORPORATION

       Debtor.

Chapter 11

Case No. 11-12990

-------------------------------------------------------x
In re:

760 HUNTS POINT AVENUE HOUSING
DEVELOPMENT FUND CORPORATION

       Debtor.

Chapter 11

Case No. 11-12383

-------------------------------------------------------x

---------------------------------------------------------x
In re:

                                  Chapter 11

1770-74 TOWNSEND AVENUE HOUSING
DEVELOPMENT FUND CORPORATION      Case No. 11-10283

        Debtor.

---------------------------------------------------------x
In re:

                                  Chapter 11

2131 CLINTON AVENUE HOUSING
DEVELOPMENT FUND CORPORATION      Case No. 11-12384

        Debtor.

---------------------------------------------------------x
In re:

                                    Chapter 11

110 EAST 176 STREET HOUSING
DEVELOPMENT FUND CORPORATION      Case No. 11-12385

        Debtor.

---------------------------------------------------------x
In re:

                                    Chapter 11

1922 CROTONA PARKWAY HOUSING
DEVELOPMENT FUND CORPORATION      Case No. 11-12386

        Debtor.

---------------------------------------------------------x
In re:

                                    Chapter 11

2292 LORING PLACE HOUSING
DEVELOPMENT FUND CORPORATION      Case No. 11-12387

        Debtor.

---------------------------------------------------------x

---------------------------------------------------------x
In re:

                                            Chapter 11

2333 GRAND AVENUE HOUSING
DEVELOPMENT FUND CORPORATION     Case No. 11-12388

        Debtor.

---------------------------------------------------------x
In re:

                                            Chapter 11

62-68 WEST 176TH STREET HOUSING
DEVELOPMENT FUND CORPORATION     Case No. 11-12353

        Debtor.

---------------------------------------------------------x

## SCHEDULING ORDER

It is hereby ORDERED that counsel for the above-captioned parties are to appear before the Court on July 26, 2011 at 10:00 a.m. for a conference regarding the status of each case.

Dated:  July 14, 2011
           New York, New York

                                           **/s/Martin Glenn**
                                              MARTIN GLENN
                                        United States Bankruptcy Judge